LAW OFFICES OF P. RANDALL NOAH
P. RANDALL NOAH  Bar No. 136452
pnoah@ix.netcom.com
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone:     (925) 253-5540
Facsimile:      (925) 253-5542

Attorneys for Plaintiff
LAVERN ABDI

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN ABDI,<br><br>                    Plaintiff,<br><br>       v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:15-cv-02103 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

20378834v1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Plaintiff Lavern Abdi and defendant Metropolitan Life Insurance Company ("MetLife"), by and through their respective counsel of record, hereby stipulate and agree that MetLife shall have a two-week extension of time, up to and including June 25, 2015, in which to respond to Plaintiff's Complaint on file herein.

SO STIPULATED AND AGREED.

DATED: June 17, 2015  LAW OFFICES OF P. RANDALL NOAH

By: /s/ *P. Randall Noah* (as authorized on 6/17/2015)
P. Randall Noah
Attorneys for Plaintiff
LAVERN ABDI

DATED: June 17, 2015  SEDGWICK LLP

By: /s/ *Erin A. Cornell*
Mark J. Hancock
Erin A. Cornell
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Dated: 6-19-15

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA