UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN ABDI,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-02103-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 11, 2015. The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Mediation | October 22, 2015 |
| Deadline for Plaintiff to File Rule 56 Motion | November 12, 2015 |
| Deadline for Defendant to File Opposition and Cross-Motion | December 3, 2015 |
| Deadline for Plaintiff to File Opposition and Reply | December 17, 2015 |
| Deadline for Defendant to File Reply | January 7, 2016 |
| Hearing on Rule 56 Cross-Motions | January 13, 2016<br>2:00 p.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: August 13, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge