LAW OFFICES OF P. RANDALL NOAH
P. RANDALL NOAH  Bar No. 136452
pnoah@ix.netcome.com
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone:    (925) 253-5540
Facsimile:    (925) 253-5542

Attorneys for Plaintiff
LAVERN ABDI

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No .99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE ABDI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 3:15-cv-02103 HSG<br><br>**AMENDED STIPULATION FOR ORDER ALLOWING THE PARTIES TO UTILIZE PRIVATE ADR; ORDER**<br><br>Honorable Haywood S. Gilliam, Jr. |

　　　The parties originally agreed to mediate this case through the Court's ADR program, and the court issued an order to that effect.  (ECF 20, 22.)  However, the parties have since conferred and changed their minds, now preferring to try to resolve this case through private mediation.  On that basis, the parties respectfully request that the Court issue an order removing this case from the Court's ADR program and referring it to private ADR.  The parties

will complete private mediation by the existing ADR-completion deadline of October 22, 2015.

DATED: September 14, 2015     LAW OFFICES OF P. RANDALL NOAH


By: /s/ *P. Randall Noah* (as authorized on 9/14/2015)
P. Randall Noah
Attorneys for Plaintiff
LAVERN ABDI

DATED: September 14, 2015     SEDGWICK LLP


By: /s/ *Mark J. Hancock*
Mark J. Hancock
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this case shall be removed from the Court's ADR program and referred to Private ADR. The parties shall complete private mediation by October 22, 2015.

**IT IS SO ORDERED.**

DATED: 9/15/2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE