UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAVERN ABDI,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-02103-HSG

**ORDER REGARDING STATUS OF CASE**

On October 26, 2015, the parties filed a stipulation of dismissal with prejudice. Dkt. No. 32. Thereafter, the docket entry was marked as having been filed in error. *Id.* Additionally, the deadline for Plaintiff to file her Rule 56 motion was November 12, 2015, and nothing was filed.

The parties are directed to file a joint statement of three pages or less updating the Court on the status of this case by November 20, 2015.

**IT IS SO ORDERED.**

Dated: November 17, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge