SEDGWICK LLP
REBECCA A. HULL  Bar No .99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE ABDI,<br><br>             Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No. 3:15-cv-02103 HSG<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Haywood S. Gilliam, Jr. |

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  November 18, 2015     SEDGWICK LLP


                                    By: */s/ Rebecca A. Hull*
                                         Rebecca A. Hull
                                         Attorneys for Defendant
                                         METROPOLITAN LIFE INSURANCE COMPANY

82282874v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1  DATED: November 18, 2015      LAW OFFICES OF P. RANDALL NOAH

2

3                                                By: /s/ *P. Randall Noah*
                                                     P. Randall Noah
4                                                    Attorneys for Plaintiff
                                                     LAVERNE ABDI
5

6

7                                          **ORDER**

8      IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the present action be

9  dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

10

11 DATED: November 19, 2015              *[signature: Haywood S. Gilliam, Jr.]*
                                         Honorable Haywood S. Gilliam, Jr.
12                                       United States District Judge